## First Department, April, 1958
### (April 10, 1958)

■ Irving Arnold v. National Plastikwear Fashions, Inc., et al., and Harry I. Green et al.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## First Department, May, 1958*
### (May 13, 1958)

■ Irving Arnold v. National Plastikwear Fashions, Inc., et al., and Harry I. Green et al.— Motion denied in all respects, with $10 costs. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

## First Department, October, 1959
### (October 1, 1959)

■ In the Matter of the Arbitration between Compagnie Europeene De Participations Industrielles (C. E. P. I.) et al. and Albert Flegenheimer.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between Compagnie Europeene De Participations Industrielles (C. E. P. I.) et al. and Albert Flegenheimer.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ Metropolitan Funeral Directors Association, Inc., et al. v. E. Joseph Zebrowski et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ I. William Garfield v. Bernard J. Gillroy.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ Beth Israel Hospital Association v. Leon J. Davis, Individually and as President of Local 1199, Retail Drug Employees Union, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ Mount Sinai Hospital, Inc. v. Leon J. Davis, Individually and as President of Local 1199, Retail Drug Employees Union, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ Lenox Hill Hospital v. Leon J. Davis, Individually and as President of Local 1199, Retail Drug Employees Union, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ Bronx Hospital v. Leon J. Davis, Individually and as President of Local 1199, Retail Drug Employees Union, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.